

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Victor Coronado Enforcer of the Estate, In Propria persona<br><br>**Plaintiff,**<br><br>**V.**<br><br>see attached<br><br>**Defendant.** | **Civil Action No.** 26-cv-03650-TWR-SBC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's IFP Motion (ECF No. 2), dismisses Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and denies without prejudice as moot Plaintiff's remaining Ex Parte Motions. The Court also certifies that an IFP appeal of this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(e)(3)

**Date:**  _____6/30/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle  _____

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3650-TWR-SBC

County of San Diego, Including Health and Human Services Agency [HHSA], Child Welfare Services [CWS], and the San Diego Sheriff's Department; State of California; Voices for Children (SD); TMSO inc., doing business as USA Gasoline; Anabi Oil; R.A.D.C Enterprises; City of Chula Vista Including Chula Vista Police Department; City of San Diego, including the San Diego Police Deparment; City of Oceanside, Including the Oceanside Police Deparment; County of San Bernardino Including the District Attorney's Office and Public Defender's Office; Sammer Anabi; Deputy Maggie Zimmerly (SH2101); SD Sheriffs Department; Deputy Koury (SH4024); Does 1-50 Inclusive; Municipal/ County and State Superior Courts in North County and East County San Diego; California Department of Social Services (CDSS/FSH Fund); California Victim Compensation Board (Cal-VCB); California Department of Rehabilitation (DOR); Health and Human Services Agency (HHSA San Diego); California State Attorney Generals Office; California Highway Patrol (CHP); CA Department of Motor Vehicles (DMV); Molina Healthcare;  Scripps Health (Scrips Mercy and Scripps Chula Vista ER); Jeffrey Noyes, Active DOR State Administrator; Sammer Anabi and T.M.S.O. Inc., Corporate entity/ Former employer; Joe Ingorvaia (Investigator, ID #0867) Oceanside Police Department; Garrett Wong Deputy District Attorney North County; Neice Brown HHSA San Diego; Sarah Effinger, HHSA San Diego; Lisa Walker Gilbert HHSA San Diego; Darren Martin San Diego Probation Department; Jane/John Doe Acting Sheriff for SD Sheriffs Department; Jane/John Doe HHSA SD Director; Jane/John Doe DOR (SD) Director; Summer Stephans; Kevin Christiansen FSB24001315 Felony Complainant; Evi Luong San Bernadino County Public Defender's Office; Luis Pena San Diego District Attorney Supervising investigator

Defendants